E-FILED
Tuesday, 12 April, 2022  02:32:57 PM
Clerk, U.S. District Court, ILCD

Notice of Lawsuit

Kaimon Crayton          April, 5 2022

Plaintiff

vs

City of Chicago Criminal Court House
Circuit Court of Cook County, IL

Defendant

)
)
)
)  TBD
)
)
)

I am suing City of chicago Criminal Court House Circuit Court of Cook County IL for $20 million dollars for illegally charging me for violation of probation that I've been off since March of 2020. I'm currently Incarcerated on a V.O.P Hold out of cook county, IL and some more illegal charges in Rock Island County Jail. This particular suit of complaint is Specifically for false allegations of violation I've already completed leading into an arrest out of East moline, IL. This violates my 1st amend ment political freedom; That once I completed Probation out cook County, I became free of imprisonment. Monetary relief was sought by my expired probation officer which is illegal as well because I am a citizen of a state in U.S and not a franchise, which makes me immune to mon-etary relief requested from my expired probation

officer   Ms. lucas, Tonya. In Conclusion I request $20 million dollars from the City of Chicago Criminal Courthouse ~~out of the~~ circuit court of Cook County, IL and the dismissal of the V.O.P charge out of Cook County, IL. Im asking for petition to ~~be~~ Proceed in Form of pauperis (Be granted) also because I do not have any funds to pay the $402 filing fee. From Oct.1, 2021- April, 2022 I havent recieved any income. I am also requesting a speedy trail be set in motion.

Notice of law Suit/Complaint

Keimon Crayton
Rock Island County Jail
1817 Third Ave
Rock Island, IL 61201

QUAD CITIES IL P&DF
IL 612 2 T
07 APR 2022 PM

United States District Court Central District

Of IL Peoria Division: 100 NE. Monroe Street
Rm 309       Peoria, Il  61602

THIS CORRESPONDENCE IS FROM
THE ROCK ISLAND COUNTY JAIL

6160281003